# United States Bankruptcy Court
## Northern District Of Ohio
### Notice of Filing Deficiency

**To:** attorney Ramesh Singh  **Case Number:** 11–11854–pmc

**Debtor(s):** Bernadette Rojas  **Judge:** PAT E MORGENSTERN–CLARREN

**Re:** ☐ Orders for Judge's Consideration  ☑ Motions/Pleadings/Filings for Judge's Consideration

**The following deficiency must be corrected within 7 days from the date of this notice, or the matter may be referred to the Judge for further consideration.**

- ☐ Adversary filing incomplete. Need ☐ cover page/worksheet ☐ request for summons.
- ☐ Affidavit is invalid. Needs ☐ notary seal/stamp ☐ signature ☐ county/state.
- ☐ Answer was filed before order.
- ☐ Attachments ☐ missing ☐ incorrectly filed ☐ PDF missing ☐ PDF incorrect.
- ☑ Attorney name block required on all petitions, pleadings, motions. Name block must include attorney name, firm, address, telephone number, and Northern District of Ohio bar registration number.
- ☐ Bar registration number required on .
- ☐ Case ☐ closed ☐ dismissed ☐ number incorrect ☐ transferred ☐ caption incorrect.
- ☐ Case is closed. You must re–open the case by submitting a motion, order and filing fee of $ .
- ☐ Certificate of service indicating name and address of parties served and date of service.
- ☐ Duplicate/multiple cases electronically filed for same debtor. Submit appropriate pleading to clarify.
- ☐ Filing Fees ☐ payment required ☐ incorrect fee paid.
- ☐ Hearing information ☐ not fully reflected in order ☐ no hearing notice ☐ incorrect hearing time/date/location.
- ☐ Incorrect ECF Event Code.
- ☐ Installment Application ☐ incomplete ☐ dates incorrect ☐ fee incorrect ☐ exceeds 120 day limit.
- ☐ Legal Property Description with Permanent Parcel Number.
- ☐ Official Form 23 (12/10) must be filed within 14 days or the case may be closed without the issuance of the discharge order.
- ☐ Pay Advices and/or proof of no income received 60 days immediately preceding the filing of the petition.
- ☐ Pay.Gov indicates that the filing fee entered is $0.00. Resubmit pleading using proper event and pay filing fee.
- ☐ Petition ☐ not Official Form 4/10 ☐ incomplete ☐ needs signature.
- ☐ Petition for Unclaimed Funds and Order Thereon does not comply with General Order 90–1 and further action is required.
- ☐ Exhibit A is not attached ☐ Social Security/Tax I.D. No. Must be in Exhibit A ☐ Copy of trustee's Transmittal of Unclaimed Funds depositing the funds into Treasury as unclaimed, or the receipt to the trustee and a list of parties entitled to the unclaimed funds must be appended. ☐ In the future, please include: ☐ (a) correct case number and caption. ☐ (b) correct judge.
- ☐ Relief granted without a hearing due to no response from other party. Order should be a default hearing order without factual findings.
- ☐ Signature ☐ original required.  ☐ /S/ signature required for ☐ attorney ☐ debtor ☐ creditor.
- ☐ Other. See comments/instructions.

**Comments/Instructions:**

**Deputy Clerk:** /s/LuzAngela Ospina
**Date:** March 21, 2011

**Form:** ohnb140

```
                          United States Bankruptcy Court
                            Northern District of Ohio
In re:                                                      Case No. 11-11854-pmc
Bernadette Rojas                                            Chapter 13
        Debtor                 CERTIFICATE OF NOTICE
```

District/off: 0647-1          User: lospi            Page 1 of 1            Date Rcvd: Mar 21, 2011
                              Form ID: 140           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2011.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/PDF: rmscedi@recoverycorp.com Mar 21 2011 23:39:36
               Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 23, 2011**                    **Signature:** _Joseph Speetjens_